◼ EDWARD L. KORYCKA, Respondent, v. S. A. HEALY COMPANY, Appellant and Third-Party Plaintiff-Appellant. THOMAS ADAIR CONTRACTING CORP., Third-

Party Defendant-Respondent.— Motion by respondent to amend order entered December 29, 1959 which, *inter alia,* reversed a judgment insofar as it was in favor of respondent against appellant, upon the law and the facts, and dismissed the complaint, so as to provide that the reversal be upon the law only. Motion denied, without costs. Present — Nolan, P. J., Ughetta, Kleinfeld, Pette and Brennan, JJ.